302

81 P.3d 1217

# SUPREME COURT OF HAWAI'I

December 29, 2003

| 24775 | State v. Bayer | Affirmed |

**December 30, 2003**

| 23292 | State v. Salviejo | Dismissed |

**January 14, 2004**

| 21914 | Naito v. Miike | Affirmed |